# United States District Court
## Southern District of Georgia

ELWALEED AHMED,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:18-cv-46

VANCE LAUGHLIN,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated February 18, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court, Petitioner's 28 U.S.C. § 2254 Petition is denied. Petitioner is denied in forma pauperis status on appeal and a Certificate of Appealability. This case stands closed.

Approved by: _____

February 19, 2020
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk